HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| CHRISTINE MIKALSON, an individual, | |
|---|---|
| Plaintiff, | Case No. 2:18-cv-00141- SMJ |
| vs. | |
| WHITMAN COUNTY, a Washington County; EUNICE COKER, an individual, | JOINT STATEMENT ON EARLY MEDIATION |
| Defendants. | |

COME NOW, the parties, by and through the undersigned counsel, and inform the Court of their agreed-upon mediation plan.

During a June 28, 2018 telephonic scheduling conference in the above-captioned matter, the Court requested that the parties confer and determine whether early mediation was appropriate in this matter, and then file with the Court a statement on the issue.

On July 10, 2018, the parties conferred telephonically and agreed on the following:

JOINT STATEMENT ON EARLY MEDIATION - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1.  Both parties are receptive to mediation if appropriate, but Defendants have not yet determined whether mediation is appropriate, as this case is still in its very early stages and no discovery has been conducted.

2.  The parties will abide by the Court's scheduling order, which requires a settlement status certificate be filed by March 15, 2019, but will pursue mediation on their own prior to that date if they agree it would be beneficial.

Respectfully submitted this 11th day of July, 2018.

EVANS, CRAVEN & LACKIE, P.S.

By: *s/ Sean E. Harkins*
MICHAEL E. McFARLAND, JR., #23000
SEAN E. HARKINS, #51113
Attorneys for Defendants

VANGUARD LAW

By: *s/ Spencer Thal*
SPENCER N. THAL, #20074
Attorney for Plaintiff

JOINT STATEMENT ON EARLY MEDIATION - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632