HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE MIKALSON, an individual,<br><br>Plaintiff,<br>vs.<br><br>WHITMAN COUNTY, a Washington County; EUNICE COKER, an individual,<br><br>Defendants. | Case No. 2:18-cv-00141- SMJ<br><br>DECLARATION OF MICHAEL MCFARLAND IN SUPPORT OF JOINT MOTION TO CONTINUE |

I, Michael E. McFarland, Jr. hereby declare as follows:

1. I am a resident of Spokane, Washington, over the age of 18 years, and competent to testify upon personal knowledge to the facts set forth below. I make the following statements under penalty of perjury according to the laws of the United States.

2. I am the attorney for Defendants in the above-captioned matter.

DECLARATION OF MICHAEL MCFARLAND IN SUPPORT OF JOINT MOTION TO CONTINUE TRIAL - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

3. The parties have conferred relating to this motion. All parties agree that good cause exists to grant this motion.

4. Plaintiff Christine Mikalson's deposition commenced on December 19, 2018. During Ms. Mikalson's deposition, she testified to having two "boxes" of documents that are related to her claims against Defendants in this matter.

5. Counsel for Ms. Mikalson (Spencer Thal) advised me that he had learned about the documents for the first time shortly before Ms. Mikalson's deposition, and did not have enough time to have them copied and provided to me before the deposition. Ms. Mikalson was unable to answer some of my questions (or at least provide some of the specifics) without referring to her documents, which she did not have with her. Mr. Thal and I agreed that I should continue questioning Ms. Mikalson about matters for which she did not need to refer to her documents, but that we would need to finish Ms. Mikalson's deposition after those documents were produced. Mr. Thal is going to obtain those documents and produce them to me as soon as he can.

6. A few hours into her deposition, Ms. Mikalson testified that she was "worn out" (I believe those were her words) and that she was getting fatigued and

having trouble answering my questions because of the same. We therefore agreed to call it a day and adjourn the deposition.

7. Ms. Mikalson is asserting that she was continually harassed and discriminated against for many years by Ms. Coker, and that Ms. Coker denied Ms. Mikalson's FMLA requests in excess of 100 times (allegations that Ms. Coker denies). Given the time period involved, and the number of allegations Ms. Mikalson is alleging against my clients, there is a lot of information to cover with Ms. Mikalson.

8. Ms. Mikalson has a number of medical conditions for which she takes a number of medications. As noted above, she fatigued fairly easily at her deposition and was not able to make it past lunch. Based upon the same, I am not confident that we will be able to complete Ms. Mikalson's deposition in one more sitting. We will of course accommodate Ms. Mikalson to assure that she does not get fatigued or "worn down," even if it means breaking her deposition up into several additional sessions.

9. Mr. Thal has advised me that he wants to depose Ms. Coker and Whitman County (per FRCP 30(b)(6)). Mr. Thal and I have compared calendars

DECLARATION OF MICHAEL
MCFARLAND IN SUPPORT OF
JOINT MOTION TO CONTINUE TRIAL - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

between now and February 22, 2019, and we do not have open dates that line up for these depositions, or the completion of Ms. Mikalson's deposition.

10. The parties have agreed to mediate this case. The parties would like to mediate before the depositions of Ms. Coker, Whitman County and Ms. Mikalson. The parties would like to have the time and ability to focus on resolution without having other pending deadlines that would distract from the focus of trying to resolve this case. Given counsels' respective calendars and the availability of mediators, we suspect that mediation cannot get scheduled until March or April. The parties are therefore respectfully requesting that the Court continue all of the pending deadlines for at least six months to give the parties the opportunity to try to resolve this case.

11. If the Court grants this motion, and if the Court so desires, the parties will submit a report identifying available dates for trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 21st day of December, 2018 at Spokane, Washington.

           *s/ Michael E. McFarland, Jr.*
           MICHAEL E. McFARLAND, JR.

DECLARATION OF MICHAEL MCFARLAND IN SUPPORT OF JOINT MOTION TO CONTINUE TRIAL - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**<u>Counsel for Plaintiff</u>**
Spencer Nathan Thal
Vanguard Law
P.O. Box 939
Poulsbo, WA 98370
Email: spencer@vanguardlawfirm.com

    s/ Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com