HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| CHRISTINE MIKALSON, an individual,<br><br>                             Plaintiff,<br>vs.<br><br>WHITMAN COUNTY, a Washington County; EUNICE COKER, an individual,<br><br>                             Defendants. | Case No. 2:18-cv-00141- SMJ<br><br>SETTLEMENT STATUS CERTIFICATE |
|---|---|

COME NOW the parties, by and through the undersigned counsel, and pursuant to the Joint Statement on Early Mediation [ECF 13] submit this Settlement Status Certificate.

On July 11, 2018, the parties filed a Joint Statement on Early Mediation [ECF 13] notifying the Court that both parties are receptive to mediation if appropriate but defendants have not yet determined whether mediation is appropriate.

SETTLEMENT STATUS CERTIFICATE - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Counsel for the parties have since agreed mediation is appropriate. The parties selected Gregg Bertram to act as the private mediator.

The mediation has been scheduled for March 26, 2019 at 9:00 a.m., which was the earliest date available for counsel, the parties and the mediator. Counsel for the parties will immediately notify the court of the outcome of the mediation.

DATED this 15th day of March, 2019.

                EVANS, CRAVEN & LACKIE, P.S.

                By:     *s/ Michael E. McFarland, Jr.*
                          MICHAEL E. McFARLAND, JR., #23000
                          SEAN E. HARKINS, #51113
                          Attorneys for Defendants

                VANGUARD LAW

                By:     *s/ Spencer Thal*
                          SPENCER N. THAL, #20074
                          Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiff***
Spencer Nathan Thal
Vanguard Law
P.O. Box 939
Poulsbo, WA  98370
Email:             spencer@vanguardlawfirm.com

                       s/    Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

SETTLEMENT STATUS CERTIFICATE - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632