HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE MIKALSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WHITMAN COUNTY, a Washington County; EUNICE COKER, an individual,<br><br>Defendants. | Case No. 2:18-cv-00141- SMJ<br><br>SETTLEMENT STATUS CERTIFICATE |

COME NOW the parties, by and through the undersigned counsel, and pursuant to the prior Settlement Status Certificate [ECF 18] filed on March 15, 2019, hereby notify the Court that mediation took place on March 26, 2019 (with mediator Gregg Bertram).  The parties successfully reached a settlement. Counsel for the parties will submit a Motion to Dismiss once the settlement funds have been paid and a release and settlement agreement has been signed. Counsel for the parties will disregard any upcoming dates from the Amended Scheduling Order [ECF 17].

SETTLEMENT STATUS CERTIFICATE - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 27th day of March, 2019.

       EVANS, CRAVEN & LACKIE, P.S.


     By:  *s/ Michael E. McFarland, Jr.*
        MICHAEL E. McFARLAND, JR., #23000
        SEAN E. HARKINS, #51113
        Attorneys for Defendants


       VANGUARD LAW


     By:  *s/ Spencer Thal*
        SPENCER N. THAL, #20074
        Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiff***
Spencer Nathan Thal
Vanguard Law
P.O. Box 939
Poulsbo, WA  98370
Email:			spencer@vanguardlawfirm.com

   s/    Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

SETTLEMENT STATUS CERTIFICATE - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632