FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE MIKALSON, an individual,<br><br>     Plaintiff,<br><br>    v.<br><br>WHITMAN COUNTY, a Washington County; and EUNICE COKER, an individual,<br><br>     Defendants. | No. 2:18-cv-00141-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 22, 2019, the parties filed a stipulated dismissal, ECF No. 21. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

 **1.** The parties' Stipulated Motion for Order of Dismissal with Prejudice, **ECF No. 21**, is **GRANTED**.

 **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

 **3.** All pending motions are **DENIED AS MOOT**.

 **4.** All hearings and other deadlines are **STRICKEN**.

 **5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of April 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2